AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gilstrap, James R. | US District Court, Eastern District of Texas | 08/22/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge (Active) | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

100 East Houston Street
Marshall, TX 75670

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Tommy B. & Lucille Jackson Slaughter Foundation No. 2 |
| 2. | Trustee | T. Whitfield Davidson Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 08/22/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 08/08/2016 | Teaching Stipend-Baylor Law School Academy of the Advocate at St. Andrews, Scotland | $2,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Marshall Floral Co.-salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Dallas Bar Assn. | 03/03/2016 | Dallas, TX | Activity of professional association | Travel |
| 2. | USDC ED TX | 03/31/2016 to 04/01/2016 | McKinney, TX | Court governance or administrative/managerial meetings. | Travel |
| 3. | Delaware Bar Assn. | 05/18/2016 to 05/22/2016 | Wilmington, DE | Activity of professional association | Travel |
| 4. | University of Texas | 06/09/2016 to 06/12/2016 | Austin, TX | Educational seminar or program | Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 08/22/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Baylor University | 07/23/2016 to 08/08/2016 | Edinburgh, United Kingdom | Educational seminar or program | Travel |
| 6. | Patent Court of Korea | 09/03/2016 to 09/11/2016 | Daejeon, Korea | Educational seminar or program | Travel |
| 7. | USDC ED TX | 09/23/2016 | Tyler, TX | Court governance or administrative/managerial meetings | Travel |
| 8. | N.Y.U. Law Sschool | 09/29/2016 to 10/02/2016 | New York, NY | Educational seminar or program | Travel |
| 9. | ED TX Bar Assn. | 10/19/2016 to 10/21/2016 | Plano, TX | Activity of professional association | Travel |
| 10. | Dallas Bar Assn. | 10/21/2016 | Dallas, TX | Educational seminar or program | Travel |
| 11. | State Bar of Texas | 11/18/2016 to 11/20/2016 | San Antonio, TX | Meeting or seminar with another government entity | Travel |
| 12. | Georgetown University Law School | 11/30/2016 to 12/04/2016 | Washington, DC | Educational seminar or program | Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 08/22/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 08/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alcoa Inc common stock | A | Dividend | J | T | | | | | |
| 2. Arconic Inc.-common stock | A | Dividend | K | T | Spinoff (from line 1) | 11/02/16 | K | | |
| 3. American Electric Power-common stock | C | Dividend | M | T | | | | | |
| 4. Boeing Co. common stock | B | Dividend | M | T | | | | | |
| 5. Citigroup common stock | A | Dividend | J | T | | | | | |
| 6. Disney Co. common stock | B | Dividend | M | T | | | | | |
| 7. Exxon Mobil common stock | B | Dividend | L | T | | | | | |
| 8. Ford Motor Co. common stock | A | Dividend | K | T | | | | | |
| 9. General Electric common stock | D | Dividend | O | T | | | | | |
| 10. Home Depot common stock | A | Dividend | K | T | | | | | |
| 11. Intel common stock | B | Dividend | M | T | | | | | |
| 12. JNJ common stock | C | Dividend | O | T | | | | | |
| 13. McDonalds Corp. common stock | B | Dividend | L | T | | | | | |
| 14. Merck & Co. Inc. common stock | A | Dividend | J | T | | | | | |
| 15. Norfork Southern Co. common stock | C | Dividend | N | T | | | | | |
| 16. Pepsico Inc. common stock | A | Dividend | K | T | | | | | |
| 17. Pfizer common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 08/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Southern Co. common stock | A | Dividend | K | T | | | | | |
| 19. MMM common stock | C | Dividend | N | T | | | | | |
| 20. Spdr S&P 500 ETF Trust common stock | B | Dividend | M | T | | | | | |
| 21. Woodside Petroleum common stock | A | Dividend | J | T | | | | | |
| 22. Weyerhaeuser common stock | A | Dividend | K | T | | | | | |
| 23. Mineral Rights, Harrison Co. TX, Comstock Ros.#2 GU | A | Royalty | J | Q | | | | | |
| 24. Mineral Rights, Harrison Co. TX, Comstock-Kennedy GU | C | Royalty | J | Q | | | | | |
| 25. Mineral Rights, Harrison Co. TX H.T. Newman GU | B | Royalty | J | Q | | | | | |
| 26. Berkshire Hathaway Class B common stock | A | Dividend | K | T | | | | | |
| 27. Coca Cola Co. common stock | B | Dividend | L | T | | | | | |
| 28. Colgate Palmolive Co. common stock | A | Dividend | J | T | | | | | |
| 29. Corning Inc. common stock | A | Dividend | J | T | | | | | |
| 30. EMC Corp. Mass common stock | A | Dividend | | | Sold | 09/02/16 | J | | |
| 31. Microsoft common stock | A | Dividend | K | T | | | | | |
| 32. Proctor & Gamble common stock | D | Dividend | O | T | | | | | |
| 33. Invesco Large Cap. Growth Fund class B | A | Dividend | J | T | | | | | |
| 34. Alliance-Bernstein Large Cap Growth Fund class A | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 08/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Federated Muni Ultrashort Fd Is. #253 | A | Dividend | M | T | | | | | |
| 36. Mass Investors Growth Stock Fund Class A | A | Dividend | J | T | | | | | |
| 37. McGraw Hill Co. Inc. common stock | B | Dividend | J | T | | | | | |
| 38. Target Stores common stock | A | Dividend | J | T | | | | | |
| 39. Time Warner Inc. common stcok | A | Dividend | J | T | | | | | |
| 40. Time Inc common stock | A | Dividend | J | T | | | | | |
| 41. Schlumberger Ltd. common stock | A | Dividend | K | T | | | | | |
| 42. JP Morgan Chase common stock | A | Dividend | K | T | | | | | |
| 43. Emerson Electric common stock | A | Dividend | K | T | | | | | |
| 44. IBM common stock | A | Dividend | J | T | | | | | |
| 45. Sysco Corp. comon stock | A | Dividend | J | T | | | | | |
| 46. Verizon Communications common stock | A | Dividend | J | T | | | | | |
| 47. WalMart Stores Inc. common stock | A | Dividend | J | T | | | | | |
| 48. Muni Bond-Birmingham GO Bond | B | Interest | K | T | | | | | |
| 49. Muni Bond-Canyon Tx. Wtr. Authority Contr. Rev. | C | Interest | M | T | | | | | |
| 50. Muni Bond-El Paso TX Cert of Oblg. | D | Interest | M | T | | | | | |
| 51. Muni Bond-Crosby TX Indpt. Sch Dist. Tax Sch Bldg Bds. | C | Interest | | | Redeemed | 04/19/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 08/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Muni Bond-Irving TX ISD GO | B | Interest | | | Redeemed | 11/02/16 | L | | |
| 53. Muni Bond-Tenn State GO | B | Interest | M | T | | | | | |
| 54. Muni Bond-Panola College GO | B | Interest | L | T | | | | | |
| 55. Muni Bond-Uab Medicine Financing Auth Alabama Revenue Bonds | | None | L | T | Buy | 11/03/16 | M | | |
| 56. Muni Bond-N. Ft. Bend TX Water Dist | C | Interest | | | Redeemed | 12/15/16 | M | | |
| 57. Muni Bond-N. TX Water Dist Rev. | B | Interest | | | Redeemed | 10/12/16 | L | | |
| 58. Muni Bond-Pearland TX Cert of Oblg. | C | Interest | | | Redeemed | 07/20/16 | M | | |
| 59. Muni Bond-Katy Tex Indpt. Sch. Dist Tax Sch Bldg Bds. | C | Interest | | | Redeemed | 03/17/16 | M | | |
| 60. Muni Bond-Galveston Co. TX Housing Rev. | B | Interest | J | T | | | | | |
| 61. Muni Bond-Denver CO. Convention Ctr. Rev. | B | Interest | | | Redeemed | 11/08/16 | L | | |
| 62. Muni Bond-Prosper TX GO | B | Interest | | | Redeemed | 02/10/16 | M | | |
| 63. Muni Bond-MS State Univ. Rev | B | Interest | K | T | | | | | |
| 64. Muni Bond-Tyler TX Jr. College Rev. | A | Interest | | | Redeemed | 09/28/16 | K | | |
| 65. Muni Bond-Dickens Co. TX Pub. Fac. Rev. | B | Interest | J | T | | | | | |
| 66. Muni Bond-Leander TX ISD Zero Coupon Bond | | None | | | Redeemed | 08/15/16 | L | | |
| 67. Muni Bond-TN Energy Acq. Rev. | B | Interest | K | T | | | | | |
| 68. Muni Bond-Bowling KY GO | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 08/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Muni Bond-Knox Co. TN Health Fac. Rev. | B | Interest | K | T | | | | | |
| 70. | Muni Bond-Mineola TX GO | B | Interest | K | T | | | | | |
| 71. | Muni Bond-West Hartford Conn. GO | B | Interest | L | T | | | | | |
| 72. | Muni Bond-Tomball Texas Comb Tax & Rev Bonds | | None | K | T | Buy | 11/22/16 | L | | |
| 73. | Muni Bond-Lubbock Cooper ISD GO | B | Interest | K | T | | | | | |
| 74. | Mineral Rights, Harrison Co. TX NFR-Dinkle GU | D | Royalty | K | Q | | | | | |
| 75. | Mineral Rights, Harrison Co. TX NFR-Blalock GU | C | Royalty | K | Q | | | | | |
| 76. | Mineral Rights, Harrison Co. TX Forest Oil-Dickard GU | A | Royalty | J | Q | | | | | |
| 77. | Mineral Rights, Harrison Co. TX BP-Frank Davis GU | B | Royalty | J | Q | | | | | |
| 78. | Mineral Rights, Harrison Co. TX PennVa-Foreman GU | D | Royalty | K | Q | | | | | |
| 79. | Mineral Rights, Harrison Co. TX Valence Oper-Mobley GU | B | Royalty | K | Q | | | | | |
| 80. | Mineral Rights, Harrison Co. TX Valence-A. Snider GU | A | Royalty | J | Q | | | | | |
| 81. | 70 acres Harrison Co., TX Timber Tract | | None | M | Q | | | | | |
| 82. | 178.66 acres Harrison Co. TX Timber Tract | | None | L | Q | | | | | |
| 83. | 52 acres Harrison Co. TX Timber Tract | | None | M | Q | | | | | |
| 84. | 23.06 acres Harrison Co. TX Timber Tract | | None | L | Q | | | | | |
| 85. | 476 acres Cass Co. TX Timber Tract | | None | N | Q | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Mineral Rights, Panola Co. TX Vice Shivers GU | A | Royalty | J | Q | | | | | |
| 87. CapitalOne Bank-Marshall TX various bank acct.s | D | Interest | M | T | | | | | |
| 88. BancorpSouth-Marshall TX checking acct. | | None | J | T | | | | | |
| 89. Guaranty Bank & Trust (Formally First State Bank, Hallsville TX ) CD | A | Interest | M | T | | | | | |
| 90. Chase Bank-Marshall TX M/Mkt. acct #1 | A | Interest | K | T | | | | | |
| 91. First St. Bank Carthage TX M/Mkt. acct | B | Interest | N | T | | | | | |
| 92. Edward Jones Cash Mgn. Acct.#1 | A | Interest | O | T | | | | | |
| 93. TX Bank & Trust; M/Mkt accts | C | Interest | M | T | | | | | |
| 94. CapitalOne Bank-Marshall TX Agency CMA acct. | A | Interest | M | T | | | | | |
| 95. BancorpSouth Marshall, TX CD | A | Interest | M | T | | | | | |
| 96. Citizens National Bank-Marshall TX M/Mkt. acct. | A | Interest | N | T | | | | | |
| 97. Edward Jones Cash Mgn. Acct. #2 | A | Interest | O | T | | | | | |
| 98. Denton TX Util. Dist. Rev Muni | C | Interest | | | Redeemed | 12/1/16 | M | | |
| 99. Carriage Service Corp. common stock | A | Dividend | J | T | | | | | |
| 100. Reassure America Universal Life Policy | B | Interest | K | T | | | | | |
| 101. Foundation #1 (H) | | | | | | | | | |
| 102. -Fidelity M/Mkt. Acct. and CapOne checking acct. | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 08/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Accenture common stock | A | Dividend | J | T | | | | | |
| 104. -AT&T common stock | B | Dividend | K | T | | | | | |
| 105. -Abbott Labs common stock | A | Dividend | J | T | | | | | |
| 106. -Abbvie Inc. common stock | B | Dividend | K | T | | | | | |
| 107. -Altria Group common stock | B | Dividend | L | T | | | | | |
| 108. -American Express common stock | A | Dividend | J | T | | | | | |
| 109. -Amgen common stock | A | Dividend | K | T | | | | | |
| 110. -Apache corp. common stock | A | Dividend | J | T | | | | | |
| 111. -Apple Inc. common stock | A | Dividend | K | T | | | | | |
| 112. -Auto Data Processing common stock | A | Dividend | K | T | | | | | |
| 113. -Becton Dickinson common stock | A | Dividend | K | T | | | | | |
| 114. -Boeing common stock | B | Dividend | K | T | | | | | |
| 115. -BP PLC Spon ADR common stock | B | Dividend | K | T | | | | | |
| 116. -CSX common stock | A | Dividend | K | T | | | | | |
| 117. -Chemours Co. Com. common stock | | | | | Sold | 01/01/16 | J | | |
| 118. -Chevron common stock | B | Dividend | K | T | | | | | |
| 119. -Cisco Sys Inc common stock | B | Dividend | K | T | Buy | 06/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 08/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Coca Cola common stock | A | Dividend | K | T | | | | | |
| 121. -ConocoPhillips common stock | A | Dividend | K | T | | | | | |
| 122. -Deere & Co. common stock | A | Dividend | K | T | | | | | |
| 123. -Digital Rlty. Tr. Inc. common stock | A | Dividend | J | T | | | | | |
| 124. -Disney common stock | A | Dividend | K | T | | | | | |
| 125. -Dominion Res. common stock | A | Dividend | J | T | | | | | |
| 126. -DuPont common stock | A | Dividend | K | T | | | | | |
| 127. -Entergy common stock | A | Dividend | K | T | | | | | |
| 128. -Enterprise Prods Partners LP com unit | B | Dividend | K | T | | | | | |
| 129. -ExxonMobil common stock | B | Dividend | K | T | | | | | |
| 130. -Fluor Corp. common stock | A | Dividend | J | T | | | | | |
| 131. -GE common stock | A | Dividend | K | T | | | | | |
| 132. -Goldman Sachs common stock | A | Dividend | J | T | | | | | |
| 133. -Home Depot common stock | B | Dividend | L | T | | | | | |
| 134. -Honeywell common stock | B | Dividend | K | T | | | | | |
| 135. -Intel common stock | A | Dividend | K | T | | | | | |
| 136. -IBM common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 08/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -iShares MSCI EAFE Index Fund (ETF) | A | Dividend | J | T | | | | | |
| 138.  -iShares Russell 2000 Value Fund (ETF) | B | Dividend | L | T | | | | | |
| 139.  -Chase common stock | B | Dividend | L | T | | | | | |
| 140.  -JNJ common stock | B | Dividend | L | T | | | | | |
| 141.  -Kraft Foods Group Inc. common stock | A | Dividend | J | T | | | | | |
| 142.  -Eli Lilly common stock | A | Dividend | J | T | | | | | |
| 143.  -Magellan Midstream Partners LP Com | B | Dividend | K | T | | | | | |
| 144.  -McDonald's common stock | A | Dividend | K | T | | | | | |
| 145.  -McKesson common stock | A | Dividend | K | T | | | | | |
| 146.  -Medtronic common stock | A | Dividend | K | T | | | | | |
| 147.  -Microsoft common stock | B | Dividend | K | T | | | | | |
| 148.  -Mondelez Int. Inc. common stock | A | Dividend | K | T | | | | | |
| 149.  -Monsanto common stock | A | Dividend | J | T | | | | | |
| 150.  -Nike common stock | A | Dividend | K | T | | | | | |
| 151.  -Novartis common stock | A | Dividend | | | Sold | 06/15/16 | J | | |
| 152.  -Occidental Pete Cor. Com common stock | B | Dividend | K | T | | | | | |
| 153.  -Oracle common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 08/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Plains All Amern Pipeline LP LTD Partnership Int. | B | Distribution | K | T | | | | | |
| 155.  -PNC finl. Svcs Group common stock | A | Dividend | K | T | | | | | |
| 156.  -Pfizer Inc. common stock | B | Dividend | K | T | | | | | |
| 157.  -Philip Morris common stock | B | Dividend | K | T | | | | | |
| 158.  -Phillips 66 common stock | A | Dividend | K | T | | | | | |
| 159.  -PG common stock | B | Dividend | K | T | | | | | |
| 160.  -Qualcomm common stock | B | Dividend | K | T | | | | | |
| 161.  -Royal Dutch Shell PLC common stock | A | Dividend | K | T | | | | | |
| 162.  -Spdr S&P Midcap 400 Etf Trust Fund | B | Dividend | M | T | | | | | |
| 163.  -Schumberger common stock | A | Dividend | K | T | | | | | |
| 164.  -Simon Ppty Group common stock | A | Dividend | J | T | | | | | |
| 165.  -Southern Co, common stock | A | Dividend | J | T | | | | | |
| 166.  -3M common stock | A | Dividend | K | T | | | | | |
| 167.  -Travelers common stock | A | Dividend | K | T | | | | | |
| 168.  -Verizon common stock | C | Dividend | L | T | | | | | |
| 169.  -Vodafone Group common stock | B | Dividend | K | T | | | | | |
| 170.  -Wells Fargo common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 08/22/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. -Conoco Inc. Sr. Note | D | Interest | M | T | | | | | |
| 172. -General Elec Cap. Corp. MTN Note | C | Interest | M | T | | | | | |
| 173. -Honeywell Inc. Deb. Note | D | Interest | M | T | | | | | |
| 174. -International Business Machs Corp. Deb. Note | D | Interest | M | T | | | | | |
| 175. -Merck & Co. Inc. Deb. Note | D | Interest | M | T | | | | | |
| 176. -Vanguard Total Bond Mkt. Index Fund | C | Dividend | M | T | | | | | |
| 177. -CapitalOne checking/operating acct. | | None | K | T | | | | | |
| 178. -Mineral Rights; BP-W.E. Jackson GU, Harrison Co, Tx | D | Royalty | K | Q | | | | | |
| 179. -Mineral Rights; BP-Findley-B GU, Harrison Co, Tx | C | Royalty | J | Q | | | | | |
| 180. -Mineral Rights; BP-Geo. Slaughter-B GU, Harrison Co, Tx | C | Royalty | J | Q | | | | | |
| 181. Foundation #2 (H) | | | | | | | | | |
| 182. -CapitalOne Bank-checking | | None | K | T | | | | | |
| 183. -3300 acres timberland in NW Harrison Co., TX | | None | P1 | Q | Sold (part) | 12/31/16 | M | | |
| 184. -Edward Jones MMKT Cash Acct. | A | Dividend | K | T | Buy | 01/01/16 | K | | |
| 185. -AT & T common stock | A | Dividend | J | T | Buy | 01/01/16 | J | | |
| 186. -Emerson Elecric common stock | A | Dividend | J | T | | | | | |
| 187. -JNJ common stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 08/22/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Pepsico common stock | A | Dividend | K | T | | | | | |
| 189.  -PG comon stock | A | Dividend | J | T | | | | | |
| 190.  -Royal Dutch Shell common stock-ADR | A | Dividend | J | T | | | | | |
| 191.  -Mineral Rights; TexOk-Davidson #3 oil unit, Harrison Co, Tx | B | Royalty | J | Q | | | | | |
| 192.  -Mineral Rights; TexOk-Davidson #7 oil unit, Harrison Co, Tx | B | Royalty | J | Q | | | | | |
| 193.  -Mineral Rights; TexOk-Davidson #13 oil unit, Harrison Co,Tx | B | Royalty | J | Q | | | | | |
| 194.  -Mineral Rights; Harleton O&G-Davidson well, Harrison Co, Tx | B | Royalty | K | Q | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The appraisal date for all items listed in Part VII was 12-31-16.

Tommy B. and Lucille Jackson Slaughter Foundation No. 2 is identified in Part VII as Foundation #1.

T. Whitfield Davidson Foundation is identified in Part VII as Foundation #2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ James R. Gilstrap

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544